# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Ladrina Jones,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Northstar Location Services, LLC; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Civil Action No.:<br>1:13-cv-01712-ODE-JFK |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: July 16, 2013

                                                          Respectfully submitted,

                                                          /s/  Sergei Lemberg, Esq.
                                                          Georgia Bar No.: 598666
                                                          Attorney for Plaintiff Ladrina Jones
                                                          LEMBERG & ASSOCIATES L.L.C.
                                                          1100 Summer Street
                                                          Stamford, CT 06905
                                                          Telephone: (203) 653-2250
                                                          Facsimile:   (888) 953-6237
                                                          Email: slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2013, a true and correct copy of the foregoing Notice of Settlement was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

                                        /s/  Sergei Lemberg, Esq.
                                        Georgia Bar No.: 598666
                                        Attorney for Plaintiffs

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:   (888) 953-6237
Email: slemberg@lemberglaw.com