IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LADRINA JONES, | |
|     Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:13-CV-01712-ODE-JFK |
| NORTHSTAR LOCATION SERVICES, LLC, et al., | |
|     Defendants. | |

## ORDER ADMINISTRATIVELY CLOSING CASE

The Court has been advised by Plaintiff Ladrina Jones that the above-styled action has been settled, but the formal documentation of settlement has not been concluded. Therefore, it is not necessary that the action remain on the Court's calendar.

It is hereby **ORDERED** that the action is **ADMINISTRATIVELY CLOSED** with the right of any party, anytime within the next sixty (60) days, to move to reopen this action or vacate this order.

It is further **ORDERED** that the Court retains jurisdiction to vacate this order administratively closing this action and to reopen the action, if necessary. If the action has not been reopened or the Court has not received a motion to vacate on or before

AO 72A
(Rev.8/82)

the time permitted by this Order, the Clerk is **DIRECTED** to dismiss the action with prejudice.

Let a copy of this order be served upon counsel for the parties.

**IT IS SO ORDERED**, this 17th day of July, 2013.

JANET F. KING
UNITED STATES MAGISTRATE JUDGE