# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Ladrina Jones, <br><br> Plaintiff, <br><br> v. <br><br> Northstar Location Services, LLC; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: <br> 1:13-cv-01712-ODE-JFK |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

Ladrina Jones ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and gives notice that the action is dismissed with prejudice as to all Defendants. Should Plaintiff not file a request to reinstate within forty-five (45) days, said dismissal shall be with prejudice.

Dated: December 3, 2013

                                                    Respectfully submitted,

                                                    PLAINTIFF, Ladrina Jones

                                                    By:   /s/Sergei Lemberg

                Sergei Lemberg, Esq.
                LEMBERG LAW L.L.C.
                1100 Summer Street, 3rd Floor
                Stamford, CT 06905
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/Sergei Lemberg
Sergei Lemberg